**96–2256. State ex rel. Haywood v. Indus. Comm.**

Franklin App. No. 95APD10–1302. On motion to strike appellant's merit brief. Motion denied and extension to file and serve brief granted.

**97–551. Ross v. Farmers Ins. Group of Cos.**

Montgomery App. No. 15865. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the following question certified by the court of appeals at page 3 of its Decision and Entry filed March 11, 1997:

"When does a cause of action for underinsured motorist coverage accrue so as to determine the law applicable to such a claim?" [The conflict cases are *Brocwell v. King* (Oct. 24, 1995), Richland App. No. 95–25, unreported, 1995 WL 768520, discretionary appeal denied (1996), 75 Ohio St.3d 1219, 665 N.E.2d 217, and *Heritage Mut. Ins. Co. v. McBee* (Aug. 21, 1996), Summit App. No. 17440, unreported, 1996 WL 470652.]

COOK and LUNDBERG STRATTON, JJ., dissent.

**97–570. State v. Wimberly.**

Summit App. No. 17693. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–590. State v. Ford.**

Clark App. No. 2831. On motion for leave to file delayed appeal. Motion denied.

**97–595. State v. Davis.**

Hamilton App. No. C–880733. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**97–620. State v. Farler.**

Montgomery App. No. 12377. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**97–625. State v. Johnson.**

Cuyahoga App. No. 70234. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.